FILED

98 SEP 29 AM 9: 22

U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED

SEP 2 9 1998

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

SUZANNE BRENEMAN, )
)
    Plaintiff, )
)
vs. ) Case No. CV 96-TMP-2448-M
)
MATTEL, INC., )
)
    Defendant. )

## MEMORANDUM OPINION

On June 23, 1998, the undersigned magistrate judge filed a report and recommendation, recommending that the defendant's motions for summary judgment be granted and this action dismissed with prejudice. In doing so, the undersigned inadvertently overlooked the joint stipulation of the parties consenting to the exercise of final jurisdiction under 28 U.S.C. § 636(c), which was filed on April 13, 1998. Thus, at the time the report and recommendation was filed, the parties had consented to the exercise of final disposition jurisdiction by the undersigned magistrate judge.

The court hereby ADOPTS it own report and recommendation as the basis for its conclusion that the defendant's motion for summary judgment should be granted and this action dismissed with

prejudice. Having reached the conclusion that the motion for summary judgment should be granted, the court will enter a separate order granting the motion or summary judgment and dismissing this action.

        DATED this 28th day of September, 1998.

                                    T. MICHAEL PUTNAM
                                    CHIEF MAGISTRATE JUDGE